**FILED**
**1/18/2022**
AK
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**1:22-CR-00026**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Violation: Title 18, United States Code, Section 922(a)(1)(A) |
| GAGE CONNOR | |

The SPECIAL MAY 2021 GRAND JURY charges:

**JUDGE GETTLEMAN**
**MAGISTRATE JUDGE WEISMAN**

From in or around March 2021, until on or about May 4, 2021, at New Lenox and Joliet, in the Northern District of Illinois, Eastern Division, and elsewhere,

GAGE CONNOR,

defendant herein, not being a licensed manufacturer or dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of manufacturing and dealing in firearms;

In violation of Title 18, United States Code, Section 922(a)(1)(A).

## FORFEITURE ALLEGATION

The SPECIAL NOVEMBER 2020 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(a)(1)(A), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearm and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, the following:

   a. Three Polymer80, unknown model semi-automatic handguns, bearing no serial number;

   b. One unknown make, unknown model semi-automatic rifles, bearing no serial number;

   c. One Polymer80 firearm frame bearing no serial number.

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Scott M. Edenfield on behalf of the
UNITED STATES ATTORNEY