Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other than Assigned Judge | GABRIEL A. FUENTES |
|---|---|---|---|
| CASE NUMBER | 21 GJ 00736 | DATE | JANUARY 18, 2022 |
| CASE TITLE | U.S. v. GAGE CONNOR | | |

**1:22-CR-00026**

DOCKET ENTRY TEXT    **U N D E R   S E A L**

<u>Grand Jury Proceeding</u>

JUDGE GETTLEMAN
MAGISTRATE JUDGE WEISMAN

The Grand Jury for <u>SPECIAL MAY 2021</u> the Session, a quorum being present, returns the above-entitled indictment in open Court this date before Judge or Magistrate Judge _[signature]_

TO ISSUE BENCH WARRANT. PRELIMINARY BAIL TO BE DETERMINED AT ARRAIGNMENT.

THE DISTRICT COURT CLERK'S OFFICE IS DIRECTED TO DISCLOSE TO THE ASSISTANT U.S. ATTORNEY ASSIGNED TO THIS CASE FOR THE GOVERNMENT THE NAME OF THE JUDGE, MAGISTRATE JUDGE, AND DOCKET NUMBER ASSIGNED TO THIS CASE IN ORDER TO EXPEDITE ARRAIGNMENT OF THE ARRESTED DEFENDANT.

PRIOR TO SEALING, THE GOVERNMENT REQUESTS THE CLERK'S OFFICE EXPEDITE THIS WARRANT AND THAT ONE (1) COPY OF THE ARREST WARRANT AND FILED INDICTMENT BE PROVIDED TO ASSISTANT U.S. ATTORNEY PAUL MOWER, PAUL.MOWER@USDOJ.GOV, AND TO INVESTIGATING LAW ENFORCEMENT AGENT, SPECIAL AGENT JOSEPH DYNES, JOSEPH.DYNES@ATF.GOV, IN ORDER TO EXECUTE THE ARREST OF THE DEFENDANT.

THIS INDICTMENT IS TO REMAIN SEALED UNTIL THE DEFENDANT IS ARRESTED, OR UNTIL FURTHER ORDER OF THE COURT.

SIGNATURE OF JUDGE _[signature]_ (ONLY IF FILED
or MAGISTRATE JUDGE                                    UNDER SEAL)

Courtroom Deputy Initials: JJ

**FILED** AK
1/18/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Page 1 of 1