U.IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| USA | ) | Case No: 22 CR 26-1 |
| | ) | |
| v. | ) | |
| | ) | Magistrate Judge: Gabriel A. Fuentes |
| | ) | |
| Gage Connor | ) | |
| | ) | |

**ORDER**

    Initial Appearance held. By agreement and consent of all parties and pursuant to the CARES Act, all parties appear by telephone conference. Defendant Gage Connor appears in response to an arrest on 1/19/22. The Government's unopposed oral motion to unseal the case is granted. The Clerk of the Court is requested to unseal the case. Defendant advised of charges and informed of his rights and prosecutorial obligations. Upon review of the tendered financial affidavit, the Court finds that Defendant is unable to afford counsel. The Court hereby appoints Seema Ahmad from the Federal Defender Program as counsel for Defendant. The Government and defendant agree on conditions of release, which the Court accepts. Defendant released on $4,500.00 appearance bond with conditions. Enter Order Setting Conditions of Release. Defendant is ordered released after processing. Pursuant to Federal Rule of Criminal Procedure Rule 5(f)(1), the court confirms the prosecutor's continuing obligation under Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, to disclose information favorable to the defendant that is material to guilt or punishment. Failure to disclose may result in various consequences, including but not limited to exclusion of evidence, adverse jury instructions, a mistrial, dismissal of charges, vacatur of a conviction or guilty plea, disciplinary action against the prosecution, and contempt proceedings. Arraignment hearing held. Defense acknowledges receipt of the Indictment and waives formal reading. Defendant enters a plea of not guilty. The schedule for certain preliminary proceedings is as follows: 16.1 conference to be held by 1/26/22, no dates yet set for pre-trial motions. The matter is set for a status hearing before Judge Gettleman on 2/04/22 at 9:00 a.m. in Courtroom #1703. Based on the showing made by the Government, the Government's unopposed oral motion to exclude time is granted. In the interest of justice, time is ordered excluded from the date of the arraignment on 1/19/22 through and including the status hearing on 2/04/22 before the District Judge pursuant to 18:3161(h)(7)(A)(B). (X-T)

(T: 00:25 Initial Appearance)
(T: 00:05 Arraignment)

Date: January 19, 2022      /s/ _____
    GABRIEL A. FUENTES
    UNITED STATES MAGISTRATE JUDGE